JULIE M. MCCOY, Bar no. 129640
485 E. 17TH ST. SUITE 111
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV A 08-7170 |
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| KIMBERLY A. ADLEY, AKA KIM ADLEY, AKA KIMBERLY ADLEY, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Kimberly A. Adley, aka Kim Adley, aka Kimberly Adley, in the principal amount of $2,826.81 plus interest accrued to September 18, 2008, in the sum of $3,848.15; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $40.00, for a total amount of **$6,714.96**.

DATED: 11/07/2008        By: TERRY NAFISI
                             Clerk of the Court

                             A. KANNIKE
                             Deputy Clerk
                             United States District Court

Page 5